

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2020

No. 04-20-00124-CV

Billy **STONE** dba Stobil Enterprise and All Occupants,
Appellant

v.

**K CLARK PROPERTY MANAGEMENT LLC,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV00366
Honorable J Frank Davis, Judge Presiding

## O R D E R

On April 8, 2020, appellant filed a motion requesting an extension of time to file his appellant's brief. In his motion, appellant states his brief was due April 6, 2020. However, on March 19, 2020, this court ordered appellant to file a written response by April 20, 2020 explaining whether the writ of possession was executed and why this appeal should not be dismissed as moot. In that order, we also suspended all other appellate deadlines, including the appellant's brief due date. Accordingly, appellant's brief is not currently due and appellant is reminded that a written response explaining why this appeal should not be dismissed as moot is due by April 20, 2020.

The Fourth Court of Appeals is currently operating on a virtual basis while it monitors the COVID-19 situation. Other than working remotely, the Fourth Court of Appeals remains fully operational. Any updates will be posted on the Court's website.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court